Rick A. Cigel, State Bar No. 105424
RCigel@gmail.com
LAW OFFICES OF RICK A. CIGEL, P.C.
438 Robinwood Drive
Los Angeles, California 90049
Tel: (310) 889-1038
Fax: (310) 889-1037

Attorneys for Plaintiff
ALLIED PROFESSIONALS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED PROFESSIONALS INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE KONG, an individual<br><br>Defendant.<br>_____ | Case No. CV 10-0414 AG (MLGx)<br><br>JUDGMENT |

THE COURT HEREBY ENTERS THE FOLLOWING JUDGMENT:

Final judgment is entered herewith in favor of Allied Professionals Insurance Company, and against Kong, making the following February 18, 2010 Decision of Arbitrator the judgment of this Court:

1. Allied Professionals Insurance Company's denial of insurance coverage to its insured, Patricia Costello was justified based on the facts and law adduced in this arbitration. Arbitrator finds that the nature and extent of the health care treatment given Joanne Kong by Patricia Costello falls outside the nature, scope and ambit of the insurance coverage set forth in the Allied Professionals Insurance Company policy issued to Ms. Costello. Hence, the health care treatment rendered by Costello to Kong is excluded by the terms of Costello's insurance policy with Allied Professionals Insurance Company.

2. Neither Patricia Costello, nor her assignee, Joanne Kong, have any coverage under the Allied Professionals Insurance Company policy which is the subject of the dispute in this arbitration.

3. The settlement of Ms. Kong's claim with Ms. Costello and the subsequent assignment by Ms. Costello to Ms. Kong of Costello's rights, claims and obligations against Allied Professionals Insurance Company was done in bad faith and is collusive. Moreover, the amount sought by Kong in the judgment against Costello, to wit, $1,150,000, is grossly disproportionate to the reasonable range of recoverable damages emanating from the injuries sustained by Ms. Kong.

4. Ms. Kong deigned not to file or prosecute a counter claim in this matter and for that reason any ruling from the arbitrator concerning Allied Professionals Insurance Company's obligation to pay damages to Kong is moot.

5. The parties shall bear their own fees and costs.

IT IS SO ORDERED.

DATED: November 10, 2010

_____
The Honorable Andrew Guilford